UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIO ANTHONINO BUSTO,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY DETENTION CENTER,<br>Respondent. | No. 1:26-cv-06975-DJC-SCR<br><br>RELEASE ORDER<br><br>A# 218-114-671 |

Before this Court is Petitioner Claudio Anthonino Busto's pro se Petition for Writ of Habeas Corpus (Pet., ECF No. 1.) Petitioner was admitted to the United States under a waiver tourist class of admission and issued an employment authorization document. He subsequently developed substantial ties to the United States, including housing and stable employment, and has a United States citizen son. (Pet., Exs. C–H.)[1] Petitioner has no criminal history. (Opp'n, Ex. A (ECF No 6-1) at 2.) Petitioner was detained on July 21, 2026 without a warrant and did not receive a pre-deprivation hearing. (Opp'n (ECF No. 6) at 4.) Petitioner later received a bond hearing on August

[1] Petitioner, proceeding pro se, appears to have attached his bond appeal to his habeas petition. Because the attached exhibits are not tabbed on the habeas petition, the Court cites them using the numbering in Petitioner's Index of Exhibits within his bond appeal provided on page 48 of the Petition. (ECF No. 1).

21, 2026, and was denied bond. (Pet., Ex. A; (ECF No. 7); (ECF No. 8).) Petitioner is detained under 8 U.S.C. § 1226(a).

Petitioner has a protected liberty interest as "a person who has been living within the United States for years who has repeatedly been granted authorization to work lawfully in this country." *Yu v. Warden of the California City Det. Ctr,* No. 1:26-cv-04075 DJC AC, 2026 WL 1972560, at *6 (E.D. Cal. July 8, 2026), *findings and recommendations adopted*, No. 1:26-cv-04075 DJC AC, 2026 WL 3333976, at *1 (E.D. Cal. Nov. 4, 2026). For the reasons stated in *Vivas Moncada v. Warden, California City Detention Center*, No. 1:26-cv-07842-DJC-CSK, 2026 WL 3320743 (E.D. Cal. Nov. 3, 2026), the Court finds that Petitioner's detention without a pre-deprivation hearing violated his due process rights, and that the post-deprivation bond hearing did not cure that violation.

**CONCLUSION**

IT IS HEREBY ORDERED that:

1. Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is granted as to Count One.
2. Respondents are ordered to immediately release Petitioner Claudio Anthonino Busto from custody and return all of Petitioner's documents and possessions.
3. Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner without a change in circumstances to warrant Petitioner's re-detention.
4. The Clerk is directed to serve the California City Detention Center with a copy of this Order.

////

////

////

////

5. The Clerk of the Court is directed to close this case and enter judgment for Petitioner. This Order resolves all pending motions.

IT IS SO ORDERED.

Dated: **November 5, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC10-Busto-1:26-cv-06975.merits